IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates to:**

| | |
|---|---|
| *Lisa Boccignone v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10478-DRH-PMF |
| *Lashon Denise Davis v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:13-cv-10609-DRH-PMF |
| *Tiffany Jones v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-10273-DRH-PMF |
| *Audrey Lee, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-11290-DRH-PMF |
| *Tammye Purslow, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-13438-DRH-PMF |
| *Stephanie Reeves, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10046-DRH-PMF |
| *Connie Segundo v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10670-DRH-PMF |

## ORDER GRANTING LEAVE TO WITHDRAW

**HERNDON, District Judge:**

The law firm of Douglas and London, P.C. and all associated counsel, through Michael A. London, Esq, have moved to withdraw as counsel of record in the above captioned matters. The Court finds that the requirements of Local Rule 83.1 and of the applicable provisions of the Rules of Professional Conduct

1

pertaining to withdrawal of counsel have been satisfied in each case.  The motions are therefore **GRANTED.**[1]

**FURTHER,** the Court **DIRECTS MOVANT to serve a copy of this order of withdrawal within 7 days** upon all counsel of record and upon unrepresented parties as required by Local Rule 83.1.

**FURTHER, the Court ORDERS as follows with respect to each plaintiff:**

1. **Supplementary Entry of Appearance:**  Should plaintiff choose to continue pursuing this action, plaintiff or her new counsel **must file a supplementary entry of appearance within 21 days of the entry of this Order**. Failure to timely comply with this directive may result in dismissal of the plaintiff's case for failure to prosecute or comply with orders of this Court. Further, as described below, the plaintiff's case is presently at risk of being dismissed with prejudice in accord with CMO 79.

2. **In each of the above captioned actions, in accord with CMO 79, a motion to dismiss WITH prejudice was filed on February 9, 2016. In light of the subject order, the Court will grant the plaintiff a small extension with regard the pending motion to dismiss. The plaintiff is ALLOWED until March 14, 2016 to respond to the pending motion to dismiss. Failure to timely respond will result in the plaintiff's action being dismissed WITH prejudice in accord with CMO 79.**

    **IT IS SO ORDERED.**

Signed this 11th day of January, 2016.

Digitally signed by Judge David R. Herndon
Date: 2016.02.11 12:36:47 -06'00'

**United States District Judge**

---

[1] The Court notes that Michael A. London will remain on the docket in each of the above captioned actions in his capacity as Co-Lead Counsel for MDL 2100 only.